UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------X

JOSE RAMIRO GARZA CANTU,

       Plaintiff,

   -against-

BILLY R. FLANIGAN, UNKNOWN/UNNAMED
DEFENDANT, AND DOES 1 through 10,
inclusive,

       Defendants.

--------------------------------X

<u>Order</u>

Civil Action No.
CV-05-3580 (DGT/RLM)

TRAGER, J.:

    On July 28, 2009, the parties were directed to respond to
the issues raised by the Second Circuit's July 24, 2009 summary
order. The parties were directed to submit initial briefs within
fifty-six (56) days and reply briefs within seventy (70) days.
To date, defendant Billy Flanigan ("Flanigan") has not filed an
initial brief or a reply brief. Flanigan shall file a brief
within twenty-eight (28) days of the date of this order. If
Flanigan wishes to respond to any arguments raised by plaintiff
Jose Ramiro Garza Cantu ("Cantu"), Flanigan shall do so in this
brief. Cantu shall submit a reply brief within forty-two (42)
days of the date of this order. In the event that Flanigan fails

to file a brief within twenty-eight (28) days, the Court will

resolve the matter on the papers submitted by Cantu.

Dated: Brooklyn, New York
       October 9, 2009

                        SO ORDERED:


                        _____/s/_____
                        David G. Trager
                        United States District Judge