```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
 JOSE RAMIRO GARZA CANTU,

          Plaintiff,                    ORDER

     v.                                 Civil Action No.
                                        CV-05-3580 (DGT/RLM)
 BILLY R. FLANIGAN, UNKNOWN /
 UNNAMED DEFENDANT, and DOES 1
 Through 10, inclusive,

          Defendants.

---------------------------------X
```

Trager, J:

Plaintiff Jose Ramiro Garza Cantu's motion to strike defendant Billy R. Flanigan's November 19, 2009 response is granted.  The defendant's response was not responsive to the issues raised by the Second Circuit's July 24, 2009 summary order.

Dated:    Brooklyn, New York
          April 14, 2010

                                        SO ORDERED:

                                        _____/s/_____
                                        David G. Trager
                                        United States District Judge

Copy Mailed To:

Billy R. Flanigan
8600 WestPark
Suite 107
Houston, TX 77063